```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ACF ORGANICS, LLC, d/b/a AMISH COUNTRY
FARMS,
                                                    ORDER
                    Plaintiff,
                                           19 Civ. 11595 (NRB)
        - against -

TRIPLE T DAIRY COMMODITIES, INC.,

                    Defendant.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         April 23, 2021

                              _____
                                  NAOMI REICE BUCHWALD
                               UNITED STATES DISTRICT JUDGE